# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CHARLES NIECE GAINES,**

       **Plaintiff,**

-vs-                                 **Case No. 6:11-cv-347-Orl-28DAB**

**CITY OF MELBOURNE FLORIDA POLICE DEPARTMENT, CHAD COOPER**

       **Defendant.**

___

## ORDER

This case is before the Court on a Report and Recommendation, after a hearing held by the United States Magistrate Judge as to the status of this case and an identical case (6:11-cv-295-Orl-28DAB) filed by Plaintiff. The United States Magistrate Judge has recommended that this case be dismissed without prejudice, subject to refiling in state court if Plaintiff so desires.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed April 28, 2011 (Doc. No. 14) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. This case is dismissed without prejudice, subject to refiling in state court if Plaintiff so desires, or alternatively, Plaintiff may seek leave in the state court to amend the complaint being remanded in Case No. 6:11-cv-295-Orl-28DAB.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 19 day of May, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party